**Order entered February 15, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00953-CV

## CHARTER COMMUNICATIONS, LLC, Appellant

## V.

## WILLIAM GOFF AS PERSONAL REPRESENTATIVE OF BETTY JO MCCLAIN THOMAS, DECEASED; CHRISTOPHER THOMAS, AS GUARDIAN OF CHARLES THOMAS; CINDY RINGNESS; CHERYL GOFF; AND CHARLOTTE GLOVER, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01579-E**

## ORDER

By motion filed February 10, 2023, appellant seeks an abatement of the appeal to allow the parties an opportunity to settle their dispute. We **GRANT** the motion to the extent we **SUSPEND** all deadlines and **ORDER** appellant to file a status report no later than April 14, 2023.

We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County Clerk John F. Warren, court reporter Vearneas Faggett, and the parties.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE